**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

TO:     James J. Waldron, Clerk            **CASE NO: 11-12373/MBK**
                                            **IN RE: Jose Rodriguez**
**CHAPTER 7
INFORMATION FOR NOTICE OF ABANDONMENT**

    Bunce D. Atkinson, Trustee has filed a notice of intention to abandon certain property described below as being of inconsequential value to the estate. If any creditor or other party in interest has an objection to the proposed abandonment, the objection and a request for a hearing on such application shall be in writing, served upon the trustee and filed with the Clerk of the United States Bankruptcy Court.

    Such objection and request shall be filed with the Clerk and served upon the trustee no later than May 2, 2011. In the event an objection is timely filed a hearing thereon will be held on **May 9, 2011 at 10:00** AM at 402 East State Street, Trenton, NJ, Courtroom No.3. If no objection is filed with the Clerk and served upon the trustee on or before (date to be fixed by the Court), the abandonment will take place on May 2, 2011. The description of the property and the liens and exemptions claimed are as follows:

| DESCRIPTION OF PROPERTY TO BE ABANDONED | LIENS ON THE PROPERTY OF THE DEBTOR (INCLUDING AMOUNT CLAIMED DUE) | AMOUNT OF EQUITY CLAIMED AS EXEMPT BY THE DEBTOR |
|---|---|---|
| 363 Hall Avenue<br>Perth Amboy, NJ 08861<br>($195,000.00) | US Bank Home Mortgage<br>3121 Michaelson Drive<br>Irvine, CA 92612<br>$387,732.00<br><br>Sovereign Bank<br>PO Box 4020<br>Rocky Hill, CT 06067<br>$32,911.74 | $21,625,00 |
| | | |
| Trustee has considered RE Broker Commissions, Trustee and legal fees and feels there will not be any funds for general unsecured Creditors. | | |
| | | |

**REQUEST FOR ADDITIONAL INFORMATION ABOUT THE PROPERTY TO BE ABANDONED SHOULD BE DIRECTED TO:**

**NAME:**    Bunce D. Atkinson
**ADDRESS:**    P.O. Box 8415 Red Bank, NJ 07701
**TELEPHONE NO: (732) 530-5300**

                              Submitted By:    /s/                                       Date:
Position: Trustee
            BUNCE D. ATKINSON

                                 FOR CLERK'S OFFICE ONLY

LINES 136-160
CONTINUE ANY NOTICE PAST LINE 160 TO LINE 27
TYPE OF TASK 11